**FILED & ENTERED**

MAR 18 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 6:11-bk-15804-MW |
| Steven Randall Gregory, | Chapter: 7 |
| Robin Jo Gregory | ORDER DENYING DEBTORS' EX PARTE MOTION TO VACATE ORDER OF DISMISSAL |
| Debtor(s). | |

The Court, having considered the Debtors' Ex Parte Motion To Vacate Order of Dismissal ("Motion") filed on March 17, 2011, HEREBY ORDERS that the Motion is denied without prejudice.

///

///

///

///

///

///

///

////

- 1 -

The Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules do not provide that a motion to vacate an order dismissing a case may be made ex parte.  At most, Local Bankruptcy Rule 9013-1(o) provides that an uncontested motion to vacate an order dismissing a case may be determined upon notice of opportunity to request a hearing, provided that the motion complies with all of the requirements of Rule 9013-1(o), including but not limited to proper notice and service.  Otherwise, Local Bankruptcy Rule 9013-1(a) requires a motion to vacate an order dismissing a case to be filed, served, and set for hearing in accordance with the requirements of Rule 9013-1(a).

IT IS SO ORDERED.

###

DATED: March 18, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING DEBTORS' EX PARTE MOTION TO VACATE ORDER OF DISMISSAL was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 17, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Carl A Lux    carlandrewlux@gmail.com, atty_kelly@trustesolutions.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Steven Randall Gregory
Robin Jo Gregory
1736 G Court
Banning, CA 92220

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page