CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Riverside)**

| | |
|---|---|
| **DEBTOR** | ) **Bankruptcy Petition #: 11-15804-MW** |
| **STEVEN RANDALL GREGORY** | ) |
| **ROBIN JO GREGORY** | ) |
| | ) **Chapter 7** |
| | ) **DEBTORS' FIRST AMENDED MOTION TO VACATE COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE MARK S. WALLACE, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COME, Debtors by and through their attorney of record and files this their First Amended Motion to Vacate the Order of Dismissal which was entered by this Court on March 15, 2011 and would respectfully show the court as follows:

1.    This Chapter 7 proceeding was dismissed on March 15, 2011 because of the Debtors' failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with the Court. This deficiency has been corrected.  The Debtors' failure to file these documents was a clerical error and was not intentional.

WHEREFORE, Debtors pray for an Order:

A.    Reopening this Chapter 7 proceeding; and;.

B.    Granting such other relief as the Court deems proper.

DATED: March 16, 2011.

                                Respectfully Submitted,

                                /s/ Carl Lux _____
                                **Carl A. Lux** (192963)
                                Attorney for Debtor

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 21st day of March, 2011 on the following parties affected thereby:

Robert Whitmore, Chapter 7 Trustee
3600 Lime Street Ste. 616
Riverside, CA 92501

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

                                /s/ Carl A. Lux

                                Carl A. Lux