| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>*Attorney for* | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br><br>Debtor. | CHAPTER _____<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(g)(1) FOR:

[                                                      ]

1. TO *(specify name)*:

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(g)(1), which provides for granting of motions without a hearing. (Check appropriate box below):

   ❑ The full Motion is attached hereto.
   ❑ The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated:                                                                      _____
                                                                                        *Law Firm Name*

                                                                                        By: _____

Date Notice Mailed:                                                  Name: _____
                                                                                        *Attorney for Movant*

*Rev. 5/98*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9013-1.2**

Notice of Motion [L.B.R. 9013-1(g)(1)] - *Page 2*                                                             F 9013-1.2

| In re | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER |

# PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF _____

1. I am employed in the County of _____, State of California.  I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service**: On _____, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as:  NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(g)(1) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below:

❏   Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____           _____
*Type Name*                                                                                  *Signature*

*Rev. 5/98*    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9013-1.2**

AMERICAN HOME MTG SERVICING
PO BOX 631730
IRVING, TX 75063-0002

BARCLAYS BANK DELAWARE
POB 8803
WILMINGTON, DE 19899-8803

CALIF BUSINESS BUREAU
1711 S MOUNTAIN AV
MONROVIA, CA 91016-4256

CALIFORNIA BUSINESS BUREAU
1711 S MOUNTAIN AVE
MONROVIA, CA 91016-4256

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY, UT 84130-0281

CAPITAL ONE AUTO FINANCE
3901 DALLAS PKWY
PLANO, TX 75093-7864

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY, UT 84130-0281

CBE GROUP
131 TOWER PARK DR STE 100
WATERLOO, IA 50701-9374

CHASE/BANK ONE CARD SERV
PO BOX 15298
WILMINGTON, DE 19850-5298

DEPT OF EDUCATION/NELNET
121 S 13TH ST
LINCOLN, NE 68508-1904

ENHANCED RECOVERY CO LLC
8014 BAYBERRY RD
JACKSONVILLE, FL 32256-7412

GE CAPITAL/DISCOUNT TIRES
PO BOX 981439
EL PASO, TX 79998-1439

GE CAPITAL/LOWES
PO BOX 981400
EL PASO, TX 79998-1400

GEMB/LOWE'S DC
PO BOX 981400
EL PASO, TX 79998-1400

HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197-5253

LHR INC
56 MAIN ST
HAMBURG, NY 14075-4905

MARIGOLD FINANCIAL LLC
PO BOX 49990
RIVERSIDE, CA 92514-1990

MEDICREDIT CORPORATION
1801 CALIFORNIA AVE
CORONA, CA 92881-7251

MERRICK BANK
10705 JORDAN GTW STE 200
SOUTH JORDAN, UT 84095-3977

METRO REP COMM SVC INC
PO BOX 1357
CORONA, CA 92878-1357

MIDLAND CREDIT MANAGEMENT
8875 AERO DR
SAN DIEGO, CA 92123-2251

NELNET/EDUCATION FINANCIAL
3015 S PARKER RD STE 400
AURORA, CO 80014-2904

PINNACLE CREDIT SERVICES
7900 HIGHWAY 7 # 100
SAINT LOUIS PARK, MN 55426-4045

THE BUREAUS
1717 CENTRAL ST
EVANSTON, IL 60201-1590

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501-2804

VERIZON WIRELESS
PO BOX 26055
MINNEAPOLIS, MN 55426-0055

Robert Whitmore (TR)
3600 Lime St Ste 616
Riverside, CA 92501-0933

1 CARL A. LUX #192963
2135 Santa Anita Avenue
2 Altadena, CA
(888) 882-5610 (Telephone)
3 (888) 730-8950

## U.S. Bankruptcy Court
### Central District of California (Riverside)

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 11-15804-MW** |
| **STEVEN RANDALL GREGORY** ) | |
| **ROBIN JO GREGORY** ) | |
| ) | **Chapter 7** |
| ) | **DEBTORS' FIRST AMENDED MOTION TO VACATE COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE MARK S. WALLACE, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

    NOW COME, Debtors by and through their attorney of record and files this their First Amended Motion to Vacate the Order of Dismissal which was entered by this Court on March 15, 2011 and would respectfully show the court as follows:

    1.    This Chapter 7 proceeding was dismissed on March 15, 2011 because of the Debtors' failure to file the required Declaration of Electronic Filing and Statement of Social Security forms with the Court. This deficiency has been corrected.  The Debtors' failure to file these documents was a clerical error and was not intentional.

    WHEREFORE, Debtors pray for an Order:

    A.    Reopening this Chapter 7 proceeding; and;.

    B.    Granting such other relief as the Court deems proper.

DATED: March 16, 2011.

                                            Respectfully Submitted,

                                        /s/ Carl Lux _____
                                        **Carl A. Lux** (192963)
                                        Attorney for Debtor

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 21st day of March, 2011 on the following parties affected thereby:

Robert Whitmore, Chapter 7 Trustee
3600 Lime Street Ste. 616
Riverside, CA 92501

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

                                        /s/ Carl A. Lux

                                        Carl A. Lux